UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONALD R. MILLAPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-9-KAC-DCP |
| | ) | |
| JOHN DOES 1–6, as Blount County | ) | |
| Sheriff's Office Officers in their individual | ) | |
| Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE**

This case is before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") [Doc. 1].

A prisoner seeking to proceed in forma pauperis must file an (1) an application to proceed in forma pauperis without payment and (2) a certified copy of his inmate trust account for the previous six-month period (or institutional equivalent). 28 U.S.C. § 1915(a)(2). On January 8, 2025, Plaintiff filed his Application, but he did not include a certified copy of his inmate trust account for the previous sixth-month period [Doc. 1]. Therefore, on January 10, 2025, the Court entered an Order directing Plaintiff to pay the full filing fee or submit the necessary documents in support of his Application [Doc. 4]. His deadline to correct this deficiency was February 10, 2025 [*Id*. at 1]. The Court warned Plaintiff that if he failed to comply with the Order, the Court would assess the full amount of fees [*Id*.].

On February 7, 2025, Plaintiff filed a Motion to Conduct Discovery [Doc. 5]. He included with his motion the Declaration of Inability to Comply with Court Order Doc. 4 [Doc. 5-1.]. He

states that on January 16, 2025, he sent the custodian a request to obtain the certified copy of his trust fund account but that the custodian failed to complete and return the documents [*Id*.]. On February 10, 2025, the Court granted Plaintiff an extension to submit the necessary paperwork in light of his declaration [Doc. 6].  The Court directed Plaintiff to provide the necessary paperwork or pay the full filing fee on or before February 24, 2025 [*Id*.].  Plaintiff has not complied with the Court's Orders [Docs. 4 and 6], and he has not requested an extension to do so.

The Court therefore **ORDERS** Plaintiff to show cause on or before **March 18, 2025**, why his Application should not be denied for failing to comply with the Court's Orders [Doc. 4 and 6]. The Court **ADMONISHES** Plaintiff that the failure to timely respond to this Order will result in a recommendation that his Application be denied and that he be assessed the filing fee.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge